Amended 4/26/22

Introduced by Council Members Cumber and Carlucci and Co-Sponsored by Council Members Diamond, DeFoor, and Ferraro & amended by the Neighborhoods, Community Services, Public Health and Safety Committee:

**ORDINANCE 2022-172-E**

AN ORDINANCE AMENDING CHAPTER 150 (ADULT ENTERTAINMENT AND SERVICES CODE), PART 2 (ADMINISTRATION), SECTION 150.224 (PERFORMER WORK IDENTIFICATION CARD), *ORDINANCE CODE,* TO AMEND THE PROCESS FOR ISSUANCE OF A PERFORMER WORK IDENTIFICATION CARD FOR ALL PERFORMERS IN ADULT ENTERTAINMENT ESTABLISHMENTS; AMENDING CHAPTER 151 (DANCING ENTERTAINMENT ESTABLISHMENT CODE), PART 2 (ADMINISTRATION), SECTION 151.214 (PERFORMER WORK IDENTIFICATION CARD), *ORDINANCE CODE,* TO AMEND THE PROCESS FOR ISSUANCE OF A PERFORMER WORK IDENTIFICATION CARD FOR ALL PERFORMERS IN DANCING ENTERTAINMENT ESTABLISHMENTS; PROVIDING AN EFFECTIVE DATE.

**BE IT ORDAINED** by the Council of the City of Jacksonville:

**Section 1.        Intent and severability.**  The intent of this legislation is to enact a scheme of uniform and non-discriminatory time, place and manner regulations for performers at adult entertainment establishments and dancing entertainment establishments in the City.  It is the Council's intent that these regulations be interpreted and applied to not eliminate all forms of adult entertainment, but instead, to be narrowly tailored and limited to assist in reducing criminal activities occurring at these facilities. The provisions of this Ordinance are intended to be severable, and

Amended 4/26/22

if any provision is declared invalid or unenforceable by a court of competent jurisdiction, such provision shall be severed and the remainder shall continue in full force and effect with the Ordinance being deemed amended to the least degree legally permissible.

**Section 2.** **Amending Chapter 150 (Adult Entertainment and Services Code), Part 2 (Administration), Section 150.224 (Performer work identification card),** *Ordinance Code*. Chapter 150 (Adult Entertainment and Services Code), Part 2 (Administration), Section 150.224 (Performer work identification card), *Ordinance Code*, is hereby amended to read as follows:

**CHAPTER 150.   ADULT ENTERTAINMENT AND SERVICES CODE.**

**\*   \*   \***

**PART 2. ADMINISTRATION**

**\*   \*   \***

**Sec. 150.224.   Performer work identification card.**

(a) *Performer Work Identification Card required.* Any person desiring to perform in an adult entertainment establishment licensed under this Chapter must obtain a Work Identification Card from the Sheriff. No person shall act as a performer in an adult entertainment establishment without having previously obtained said Work Identification Card, except as permitted during the Grace Period as set forth in this section. Additionally, no license holder or establishment manager shall employ, contract with or otherwise allow any performer to perform in an adult entertainment establishment who does not possess a valid and effective Work Identification Card except as permitted during the Grace Period as set forth in this section. Establishment managers shall be required to review all Performer Rosters at the commencement of his or her shift to verify compliance with this section.

(b) *Penalty.* Violations of this section shall be a civil infraction. Any performer, license holder, owner, operator or manager

Amended 4/26/22

1  who violates or knowingly permits a violation of this section shall

2  be assessed a civil penalty of $200 ~~guilty of a misdemeanor of the~~

3  ~~second degree~~.

4      (c)   *Application for Work Identification Card.* An application

5  for a Work Identification Card shall be ~~created by and~~ obtained from

6  the Sheriff. ~~The Sheriff is authorized to include whatever information~~

7  ~~he or she deems relevant to the purposes established in this section~~

8  ~~for issuance of the Work Identification Card, including~~ The

9  application shall include: the applicant's full legal name (including

10 maiden name, if applicable); residential address; driver's license

11 number or government issued identification or passport number; date

12 of birth; natural hair and eye color; race; sex; height and weight;

13 place of birth (city, state or country); telephone number; email

14 address; a list of locations of and descriptions of any tattoos;

15 confirmation that the applicant has not been convicted within the

16 relevant periods of time of any violation listed in subparagraph (l),

17 and a list of each adult entertainment establishment where the

18 applicant will be performing and each stage name used by the applicant

19 at each location ~~fingerprinting and photographs~~ ~~and proof of a valid~~

20 ~~and effective work permit or visa for non-U.S. citizens~~. Each

21 applicant shall ~~demonstrate~~ affirm through either attestation on the

22 application or presentation of a certificate of completion to the

23 Sheriff that he or she has completed ~~a~~ one, free-of-charge, sex

24 trafficking education program~~. Acceptable training programs include~~

25 ~~those developed and~~ presented by ~~the American Hotel & Lodging~~

26 ~~Association,~~ the          Polaris          Project

27 (https://polarisproject.org/training/) (approximately 45 min. in

28 length) ~~, ECPAT-USA, Business Ending Slavery & Trafficking and~~ or the

29 U.S. Department of Homeland Security, Blue Campaign Consequences

30 Training                              (https://www.dhs.gov/blue-

31 campaign/course consequences p01)(approximately 15 min. in length).

- 3 -

Amended 4/26/22

1 The Sheriff shall maintain and make available to any applicant each

2 sex trafficking education program in the event any applicant does not

3 have online access to the program(s).  Additionally, the applicant

4 shall affirm that he or she understands that the Work Identification

5 Card may be immediately revoked if issuance of the card is made

6 illegal through order of any court.  ~~Other programs not listed may~~

7 ~~be approved by the Sheriff.~~  The application shall be in writing,

8 signed and notarized, fully completed and submitted to the Sheriff

9 together with the nonrefundable application fee. Each applicant must

10 submit proof of identity at the time the application is submitted.

11 It is the Council's intent that no Work Identification Card shall be

12 issued to any applicant who is under the age of twenty-one (21) years

13 of age; however, this requirement shall not become effective unless

14 and until the legality of this age restriction is determined to be

15 valid or the City is otherwise not legally prevented from imposing

16 this restriction. ~~and proof that applicant is at least twenty-one~~

17 ~~(21) years of age. Work Identification Cards shall not be issued to~~

18 ~~any person under the age of twenty-one.  Additionally, n~~No Work

19 Identification Card shall be issued to an applicant who has been

20 convicted of human trafficking or any human trafficking-related

21 charge or who is currently on ~~probation~~suspension for any violation

22 listed under subsection (l), below.  Work Identification Cards are

23 valid for a term of one (1) year. Applicants are required to update

24 his or her application with changes to any of the application

25 information (except height and weight) within 60 days of the change

26 of such information.  All current performers shall ~~obtain~~complete and

27 submit an application for a Work Identification Card within ninety

28 (90) days from the effective date of this section (the "Grace

29 Period"). Upon conclusion of the Grace Period, no performer shall be

30 permitted to perform until a current Work Identification Card is

31 obtained or without a valid copy of the application fee payment check

- 4 -

Amended 4/26/22

1   or receipt as specified in subparagraph (e), below.

2       (d) *False statement or false information in applying for a Work*
3   *Identification Card.* It shall be unlawful for any person applying for
4   a Work Identification Card to make a false statement or otherwise
5   provide false information which is intended to facilitate the issuance
6   of same.  In addition to any other penalties provided herein, the
7   Sheriff is authorized to petition the court for immediate revocation
8   of any Worker Identification Card that has been determined by the
9   Sheriff to have been issued based on fraudulent or false information.

10      (e) *Fees.* The applicant shall pay an application fee with each
11  new request for a Work Identification Card and with each renewal of
12  a Work Identification Card. The fees shall not be prorated. The
13  applicant shall also pay a duplicate card fee for each duplicate copy
14  of an existing Work Identification Card. The initial fee for an
15  initial Work Identification Card shall be $100.  The initial fee for
16  a renewal card shall be $50.  The initial fee for a duplicate
17  replacement card shall be $35.  The Sheriff shall be entitled to
18  impose a three percent (3%) annual increase of the fees. A copy of
19  the check, or of a receipt issued by the Sheriff, showing payment for
20  an application or duplicate card shall operate as a receipt for said
21  fees and shall allow the applicant to perform pending receipt of the
22  official Work Identification Card. ~~The initial and renewal~~
23  ~~application fee shall be $150.  The fee for issuance of a duplicate~~
24  ~~Work Identification Card shall be $50.~~ Fees are non-refundable.

25      (f) *Issuance of Work Identification Card.* The Sheriff is
26  responsible for verifying all information contained on a Work
27  Identification Card application.  The Sheriff shall approve or deny
28  an application within fourteen (14) days of receipt of a completed
29  application and payment of the applicable fee.  If the Sheriff fails
30  to approve or deny an application within the 14-day time limit, the
31  application shall be deemed granted and the applicant can continue

Amended 4/26/22

1   to rely on his or her receipt or check copy as a substitute for the
2   Work Identification Card to legally perform or can request the Sheriff
3   to issue an official card. ~~Upon determining that the Work~~
4   ~~Identification Card should be issued, the Sheriff shall immediately~~
5   ~~render a Work Identification Card to the applicant. Said~~An issued
6   Work Identification Card shall~~, at a minimum,~~ include the performer's
7   name, photograph, date of birth, height, weight, natural eye and hair
8   color, and a unique card number. Should the Sheriff determine that
9   the proof submitted with the application for the Work Identification
10  Card as required hereinabove is not satisfactory or full payment of
11  the application fee is not received, the Sheriff shall deny issuance
12  of said Work Identification Card and shall provide written
13  notification to the applicant stating the reason(s) for any such
14  denial.

15      (g) *Retention of Performer Roster and Work Identification Card.*
16  All persons required pursuant to this Code to obtain a Work
17  Identification Card shall keep same on their person or with their
18  personal belongings at all times while performing at an adult
19  entertainment establishment. The adult entertainment establishment
20  shall compile and retain a complete performer roster that includes
21  all performers performing at the establishment for a period of thirty
22  (30) days from each performer's most recent performance date. The
23  performer roster shall be organized by date and performer, including
24  the performer's first and last name and stage name. The adult
25  entertainment establishment shall also maintain a Work Identification
26  Card file, organized alphabetically by performer's last name, with
27  legible photocopies of the Work Identification Card of each performer
28  performing at said establishment for a period of two (2) years from
29  each performer's most recent performance date. Other than performers
30  performing during the Grace Period established in this section, no
31  performer shall perform until the performer roster is updated to

Amended 4/26/22

1    include the performer information, and the legible photocopy of the
2    Work Identification Card is placed on file as required herein. The
3    performer roster and the Work Identification Card file shall be made
4    available to the Sheriff for inspection and/or copying upon request,
5    which shall only be made during normal business hours when the
6    establishment is open to the public.

7        (h)  *Appeal.*  In  the  event  that  an  applicant  for  a  Work
8    Identification Card is denied, said applicant may request emergency
9    injunctive  relief  from  the  Circuit  Court  of  the  Fourth  Judicial
10   Circuit of the State of Florida. Due to the overriding public interest
11   in not having persons ~~under the age of twenty-one or~~ with criminal
12   convictions  identified  in  paragraph  (l)  perform  in  adult
13   entertainment  establishments,  no  provisional  Work  Identification
14   Cards shall be issued by the Sheriff.

15       (i)  *Transfer of Work Identification Card prohibited.*  A Work
16   Identification  Card  shall  not  be  transferred  from  one  person  to
17   another; however, the person to whom the Work Identification Card was
18   issued may utilize same in any ~~and all~~ licensed adult entertainment
19   establishments ~~in the City~~ identified in the Work Identification Card
20   application.

21       (j)  *Alteration of Work Identification Card prohibited.* It shall
22   be unlawful for any person to alter or otherwise change the contents
23   of a Work Identification Card without the written permission of the
24   Sheriff.

25       (k)  *Requirement  of  Managers,  License  Holders,  Owners  and
26   Operators to Verify Work Identification Cards of Performers.* No person
27   managing,  owning  or  operating  or  holding  a  license  to  operate  an
28   adult entertainment establishment shall permit, employ, or otherwise
29   allow any person to perform at said establishment unless such person
30   has a valid, current, Work Identification Card issued in accordance
31   herewith, unless such performer is performing within the Grace Period

Amended 4/26/22

1  established in this section. Each owner and operator of the
2  establishment shall have a separate and independent duty to verify
3  that all performers are in compliance with this section. Each manager
4  of the establishment shall have a separate and independent duty to
5  verify that all performers are in compliance with this section during
6  all times the manager is working at the establishment. Separate
7  violations may be issued to the managers, owners and operators of the
8  establishment for each performer, and for each day that a performer
9  does not have the required Work Identification Card. It shall be
10  prima facie evidence of a violation of this Chapter if the
11  establishment does not have a legible photocopy of a current Work
12  Identification Card on file for each performer as of the date of each
13  performance, except during the Grace Period.

14  (l) *Violations that are subject to criminal prosecution;*
15  *suspension.* ~~Either while performing at or while present in any adult~~
16  ~~entertainment establishment, any performer who violates this section~~
17  ~~may be prosecuted by the State Attorney. Upon conviction of such~~
18  ~~violation, the prosecuting officials shall notify the Sheriff of said~~
19  ~~conviction. Additionally, f~~For any performer convicted of the
20  following violations either while performing at or while present in
21  any adult entertainment establishment, the performer's Work
22  Identification Card shall be suspended as follows:

23      i.   Five (5) years for prostitution;
24      ii.  Three (3) years for ~~violent~~forcible felonies;
25      iii. Three (3) years for narcotic sales or drug trafficking;
26      iv.  One (1) year for lewd/obscene acts; and
27      v.   One (1) year for possession of narcotics or narcotics
28           paraphernalia.
29  The suspensions authorized herein shall not be ordered as part of any
30  criminal penalties assessed in any criminal proceeding. It is the
31  Council's intent that the remedies established herein are civil in

Amended 4/26/22

1   nature and are not intended to be a criminal penalty in contravention
2   of those established in the Florida Statutes.   The Sheriff is
3   authorized to petition the court for immediate suspension of any
4   Worker Identification Card as authorized herein.

5       (m)   *Violation Subject to Civil Prosecution.* Any owners,
6   managers or operators of an adult entertainment establishment who
7   violates the provisions of ~~subsections (g), (k) or (l) of~~ this section
8   may be prosecuted by the Sheriff or the City. Upon adjudication of
9   such civil violation, the prosecuting officials shall notify the
10  Sheriff of such adjudication within five (5) business days. Violations
11  shall be ~~considered a Class F civil offense~~assessed a fine of $200,
12  with each day upon which a violation occurs constituting a separate
13  civil offense.

14      (n)   *Violations Subject to ~~All~~ Legal Remedies.* The violation of
15  any provision of this section may be prosecuted pursuant to the civil
16  procedures and penalties of Chapter 609, *Ordinance Code,* or through
17  the issuance of notices to appear, at the discretion of the Sheriff
18  or the City. Additionally, the City shall be authorized to take any
19  appropriate legal action, including, but not limited to, seeking
20  cease and desist orders, and requesting temporary or permanent
21  injunctive relief. It is the intent and purpose of this section to
22  provide additional and cumulative remedies.

23      **Section 3.   Amending Chapter 151 (Dancing Entertainment**
24  **Establishment Code), Part 2 (Administration), Section 151.214**
25  **(Performer work identification card),** *Ordinance Code.* Chapter 151
26  (Dancing Entertainment Establishment Code), Part 2 (Administration),
27  Section 151.214 (Performer work identification card), *Ordinance Code,*
28  is hereby amended to read as follows:

29          **CHAPTER 151.   DANCING ENTERTAINMENT ESTABLISHMENT CODE.**

30                          **\*   \*   \***

31              **PART 2. ADMINISTRATION**

                            - 9 -

Amended 4/26/22

1                                  *  *  *

2          **Sec. 151.214.    Performer work identification card.**

3          (a)  *Performer Work Identification Card required*.  Any person

4    desiring to perform in a dancing entertainment establishment licensed

5    under this Chapter must obtain a Work Identification Card from the

6    Sheriff.    No  person  shall  act  as  a  performer  in  a  dancing

7    entertainment establishment without having previously obtained said

8    Work Identification Card, except as permitted during the Grace Period

9    as set forth in this section. Additionally, no license holder or

10   establishment manager shall employ, contract with or otherwise allow

11   any performer to perform in a dancing entertainment establishment who

12   does not possess a valid and effective Work Identification Card except

13   as permitted during the Grace Period as set forth in this section.

14   Establishment  managers  shall  be  required  to  review  all  Performer

15   Rosters at the commencement of his or her shift to verify compliance

16   with this section.

17          (b)  *Penalty.*    Violations  of  this  section  shall  be  a  civil

18   infraction.  Any performer, license holder, owner, operator or manager

19   who violates or knowingly permits a violation of this section shall

20   be assessed a civil penalty of $200~~guilty of a misdemeanor of the~~

21   ~~second degree~~.

22          (c)  *Application for Work Identification Card.* An application

23   for a Work Identification Card shall be ~~created by and~~ obtained from

24   the  Sheriff.    ~~The  Sheriff  is  authorized  to  include  whatever~~

25   ~~information he or she deems relevant to the purposes established in~~

26   ~~this section for issuance of the Work Identification Card, including~~

27   The  application  shall  include:  the  applicant's  full  legal  name

28   (including maiden name, if applicable); residential address; driver's

29   license number, government issued identification or passport number;

30   date of birth; natural hair and eye color; race; sex; height and

31   weight; place of birth (city, state or country); telephone number;

Amended 4/26/22

1   email address; a list of locations of and descriptions of any tattoos;
2   confirmation that the applicant has not been convicted within the
3   relevant periods of time of any violation listed in subparagraph (l),
4   and a list of each dancing entertainment establishment where the
5   applicant will be performing and each stage name used by the applicant
6   at each location~~fingerprinting and photographs and proof of a valid~~
7   ~~and effective work permit or visa for non-U.S. citizens~~. Each
8   applicant shall ~~demonstrate~~affirm through either attestation on the
9   application or presentation of a certificate of completion to the
10  Sheriff that he or she has completed ~~a~~one, free-of-charge, sex
11  trafficking education program~~. Acceptable training programs include~~
12  ~~those developed and~~ presented by ~~the American Hotel & Lodging~~
13  ~~Association,~~ the Polaris Project
14  (https://polarisproject.org/training/) (approximately 45 min. in
15  length), ~~ECPAT-USA, Business Ending Slavery & Trafficking and~~or the
16  U.S. Department of Homeland Security , Blue Campaign Consequences
17  Training (https://www.dhs.gov/blue-
18  campaign/course consequences p01)(approximately 15 min. in length).
19  The Sheriff shall maintain and make available to any Applicant each
20  sex trafficking education program free-of-charge in the event any
21  applicant does not have online access to the program(s). Additionally,
22  the applicant shall affirm that he or she understands that the Work
23  Identification Card may be immediately revoked if issuance of the
24  card is made illegal through order of any court. ~~Other programs not~~
25  ~~listed may be approved by the Sheriff.~~ The application shall be in
26  writing, signed and notarized, fully completed and submitted to the
27  Sheriff together with the nonrefundable application fee. Each
28  applicant must submit proof of identity at the time the application
29  is submitted. It is the Council's intent that no Work Identification
30  Card shall be issued to any applicant who is under the age of twenty-
31  one (21) years of age; however, this requirement shall not become

1  effective unless and until the legality of this age restriction is
2  determined to be valid or the City is otherwise not legally prevented
3  from imposing this restriction. and proof that applicant is at least
4  twenty-one (21) years of age. Work Identification Cards shall not be
5  issued to any person under the age of twenty-one. Additionally, nNo
6  Work Identification Card shall be issued to an applicant who has been
7  convicted of human trafficking or any human trafficking-related
8  charge or who is currently on probationsuspension for any violation
9  listed under subsection (l), below.  Work Identification Cards are
10 valid for a term of one (1) year. Applicants are required to update
11 his or her application with changes to any of the application
12 information (except height and weight) within 60 days of the change
13 of such information.  All current performers shall obtain complete
14 and submit an application for a Work Identification Card within ninety
15 (90) days from the effective date of this section (the "Grace
16 Period"). Upon conclusion of the Grace Period, no performer shall be
17 permitted to perform until a current Work Identification Card is
18 obtained or without a valid copy of the application fee payment check
19 or receipt as specified in subparagraph (e), below.

20     (d)  *False statement or false information in applying for a Work*
21 *Identification Card.* It shall be unlawful for any person applying for
22 a Work Identification Card to make a false statement or otherwise
23 provide false information which is intended to facilitate the issuance
24 of same.  In addition to any other penalties provided herein, the
25 Sheriff is authorized to petition the court for immediate revocation
26 of any Worker Identification Card that has been determined by the
27 Sheriff to have been issued based on fraudulent or false information.

28     (e)  *Fees.* The applicant shall pay an application fee with each
29 new request for a Work Identification Card and with each renewal of
30 a Work Identification Card. The fees shall not be prorated. The
31 applicant shall also pay a duplicate card fee for each duplicate copy

Amended 4/26/22

of an existing Work Identification Card. The initial fee for an initial Work Identification Cards shall be $100. The initial fee for a renewal card shall be $50. The initial fee for a duplicate replacement card shall be $35. The Sheriff shall be entitled to impose a three percent (3%) annual increase of the fees. A copy of the check, or of a receipt issued by the Sheriff, showing payment for an application or duplicate card shall operate as a receipt for said fees and shall allow the applicant to perform pending receipt of the official Work Identification Card. ~~The initial and renewal application fees shall be $150. The fee for issuance of a duplicate Work Identification Card shall be $50.~~ Fees are non-refundable.

(f)     *Issuance of Work Identification Card.* The Sheriff is responsible for verifying all information contained on a Work Identification Card application.  The Sheriff shall approve or deny an application within fourteen (14) days of receipt of a completed application and payment of the applicable fee.  If the Sheriff fails to approve or deny an application within the 14-day time limit, the application shall be deemed granted and the applicant can continue to rely on his or her receipt or check copy as a substitute for the Work Identification Card to legally perform or can request the Sheriff to issue an official card. ~~Upon determining that the Work Identification Card should be issued, the Sheriff shall immediately render a Work Identification Card to the applicant. Said~~ An issued Work Identification Card shall~~, at a minimum,~~ include the performer's name, photograph, date of birth, height, weight, natural eye and hair color, and a unique card number. Should the Sheriff determine that the proof submitted with the application for the Work Identification Card as required hereinabove is not satisfactory or full payment of the application fee is not received, the Sheriff shall deny issuance of said Work Identification Card and shall provide written notification to the applicant stating the reason(s) for any such

Amended 4/26/22

1  denial.

2     (g)  *Retention of Performer Roster and Work Identification Card.*
3  All persons required pursuant to this Code to obtain a Work
4  Identification Card shall keep same on their person or with their
5  personal belongings at all times while performing at a dancing
6  entertainment establishment. The dancing entertainment establishment
7  shall compile and retain a complete performer roster that includes
8  all performers performing at the establishment for a period of thirty
9  (30) days from each performer's most recent performance date. The
10 performer roster shall be organized by date and performer, including
11 the performer's first and last name and stage name. The dancing
12 entertainment establishment shall also maintain a Work Identification
13 Card file, organized alphabetically by performer's last name, with
14 legible photocopies of the Work Identification Card of each performer
15 performing at said establishment for a period of two (2) years from
16 each performer's most recent performance date. Other than performers
17 performing during the Grace Period established in this section, no
18 performer shall perform until the performer roster is updated to
19 include the performer information, and the legible photocopy of the
20 Work Identification Card is placed on file as required herein. The
21 performer roster and the Work Identification Card file shall be made
22 available to the Sheriff for inspection and/or copying upon request,
23 which shall only be made during normal business hours when the
24 establishment is open to the public.

25    (h)  *Appeal.* In the event that an applicant for a Work
26 Identification Card is denied, said applicant may request emergency
27 injunctive relief from the Circuit Court of the Fourth Judicial
28 Circuit of the State of Florida. Due to the overriding public interest
29 in not having persons ~~under the age of twenty-one or~~ with criminal
30 convictions identified in paragraph (l) perform in adult
31 entertainment establishments, no provisional Work Identification

- 14 -

Amended 4/26/22

1   Cards shall be issued by the Sheriff.

2   (i)   *Transfer of Work Identification Card prohibited.* A Work
3   Identification Card shall not be transferred from one person to
4   another; however, the person to whom the Work Identification Card was
5   issued may utilize same in any ~~and all~~ licensed dancing entertainment
6   establishments ~~in the City~~ identified in the Work Identification Card
7   application.

8   (j)   *Alteration of Work Identification Card prohibited.* It shall
9   be unlawful for any person to alter or otherwise change the contents
10   of a Work Identification Card without the written permission of the
11   Sheriff.

12   (k)   *Requirement of Managers, License Holders, Owners and*
13   *Operators to Verify Work Identification Cards of Performers.* No person
14   managing, owning or operating or holding a license to operate a
15   dancing entertainment establishment shall permit, employ, or
16   otherwise allow any person to perform at said establishment unless
17   such person has a valid, current, Work Identification Card issued in
18   accordance herewith, unless such performer is performing within the
19   Grace Period established in this section. Each owner and operator of
20   the establishment shall have a separate and independent duty to verify
21   that all performers are in compliance with this section. Each manager
22   of the establishment shall have a separate and independent duty to
23   verify that all performers are in compliance with this section during
24   all times the manager is working at the establishment. Separate
25   violations may be issued to the managers, owners and operators of the
26   establishment for each performer, and for each day that a performer
27   does not have the required Work Identification Card. It shall be
28   prima facie evidence of a violation of this Chapter if the
29   establishment does not have a legible photocopy of a current Work
30   Identification Card on file for each performer as of the date of each
31   performance, except during the Grace Period.

Amended 4/26/22

1       (1)   *Violations* <u>*that are*</u> *subject to criminal prosecution*<u>*;*</u>
2 <u>*suspension.*</u> ~~Either while performing at or while present in any dancing~~
3 ~~entertainment establishment, any performer who violates subsection~~
4 ~~(a) of this section may be prosecuted by the State Attorney. Upon~~
5 ~~conviction of such violation, the prosecuting officials shall notify~~
6 ~~the Sheriff of said conviction. Additionally, f~~<u>F</u>or any performer
7 convicted of the following violations either while performing at or
8 while present in any dancing entertainment establishment, the
9 performer's Work Identification Card shall be suspended as follows:
10     i.  Five (5) years for prostitution;
11    ii.  Three (3) years for ~~violent~~<u>forcible</u> felonies;
12   iii. Three (3) years for narcotic sales or drug trafficking;
13    iv. One (1) year for lewd/obscene acts; and
14     v.  One (1) year for possession of narcotics or narcotics
15         paraphernalia.
16 The suspensions authorized herein shall not be ordered as part of any
17 criminal penalties assessed in any criminal proceeding.  It is the
18 Council's intent that the remedies established herein are civil in
19 nature and are not intended to be a criminal penalty in contravention
20 of those established in the Florida Statutes. <u> The Sheriff is</u>
21 <u>authorized to petition the court for immediate suspension of any</u>
22 <u>Worker Identification Card as authorized herein.</u>
23      (m)  *Violation Subject to Civil Prosecution.* Any owners,
24 managers or operators of a dancing entertainment establishment who
25 violates the provisions of ~~subsections (g), (k) or (l) of~~ this section
26 may be prosecuted by the Sheriff or the City. Upon adjudication of
27 such civil violation, the prosecuting officials shall notify the
28 Sheriff of such adjudication within five (5) business days.
29 Violations shall be ~~considered a Class F civil offense~~<u>assessed a fine</u>
30 <u>of $200</u>, with each day upon which a violation occurs constituting a
31 separate civil offense.

Amended 4/26/22

1     (n)   *Violations Subject to ~~All~~ Legal Remedies.* The violation of

2 any provision of this section may be prosecuted pursuant to the civil

3 procedures and penalties of Chapter 609, *Ordinance Code* or through

4 the issuance of notices to appear, at the discretion of the City or

5 the Sheriff. Additionally, the City shall be authorized to take any

6 appropriate legal action, including, but not limited to, seeking

7 cease and desist orders, and requesting temporary or permanent

8 injunctive relief. It is the intent and purpose of this section to

9 provide additional and cumulative remedies.

10     **Section 4.  Effective Date.**   This ordinance shall become

11 effective upon signature by the Mayor or upon becoming effective

12 without the Mayor's signature.

13

14 Form Approved:

15

16       /s/ Paige H. Johnston

17 Office of General Counsel

18 Legislation prepared by: Jason R. Teal

19 GC-#1495648-v1-2022-172-E.docx