# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WACKO'S TOO, INC., et al.

    Plaintiffs,

v.                                                      Case No. 3:22-cv-798-TJC-MCR

CITY OF JACKSONVILLE,

    Defendant.

## O R D E R

This case came before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 2). The Court held a status conference on August 9, 2022, the record of which is incorporated by reference. Accordingly, it is hereby

**ORDERED:**

1. Pursuant to the parties' agreement during the August 9, 2022 status conference, Plaintiffs' Motion for Preliminary Injunction (Doc. 2) is consolidated with and treated as Plaintiffs' merits brief for a non-jury trial.

2. No later than **October 24, 2022**, the City shall file its response to Plaintiffs' merits brief, which shall not exceed thirty (30) pages.

3. No later than **November 14, 2022**, Plaintiffs shall file a reply not exceeding ten (10) pages.

4. The Court will hold an in-person hearing on this matter on **Thursday, December 1, 2022 at 10:30 AM** before the undersigned in Courtroom 10D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202.[1]

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.