UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WACKO'S TOO, INC.**, a Florida, corporation doing business as "Wackos", **MHHS-SINSATIONS, LLC**, a Florida limited liability company doing business as "Sinsations", **PATMILT, INC.**, a Florida corporation doing business as "Passions", **BARE ASSETS, INC.**, a Florida corporation, **EMPERORS, INC.**, a Florida corporation doing business as "EMPEROR'S **WHITES PLACE LLC**, a Florida limited liability company doing business as "Gold Club Jacksonville", **MT PRODUCTIONS, INC.**, a Florida corporation doing business as "Thee Officers Club", **HORTON ENTERPRISES, INC.**, a Florida corporation doing business as "The New Solid Gold", **NEVA CLINKSCALE**, an individual, **TIFFANY TYRRELL**, an individual, **ALEXZANDRIA PELLITTERI-ALLEN**, an individual, and **CHELSEY LAMON**, an individual,

    Plaintiffs,

vs.

**CITY OF JACKSONVILLE**, a Florida municipal corporation,

    Defendant.

CASE NO.: 3:22-cv-798-TJC-MCR

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a part:

    A.    DANIEL R. AARONSON – Attorney for Plaintiffs

    B.    BARE ASSETS, INC. – Plaintiff

    C.    BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. – Attorney firm for Plaintiffs

    D.    JAMES S. BENJAMIN – Attorney for Plaintiffs

    E.    CITY OF JACKSONVILLE - Defendant

    F.    NEVA CLINKSCALE – Plaintiff

    G.    GARY S. EDINGER - Attorney for Plaintiffs

    H.    EMPEROR'S, INC. – Plaintiff

    I.    CRAIG D. FEISER - Attorney for Defendants

    J.    MARY MARGARET GIANNINI - Attorney for Defendant

    K.    HORTON ENTERPRISES, INC., d/b/a "The New Solid Gold" - Plaintiff

    L.    CHELSEY LAMON  – Plaintiff

    M.    MHHS-SINSATIONS, LLC, d/b/a "Sinsations"  – Plaintiff

    N.    MT PRODUCTIONS, INC., d/b/a "Thee Officers Club"  – Plaintiff

    O.    PATMILT, INC., d/b/a "Passions"  – Plaintiff

    P.    ALEXZANDRIA PELLITTERI-ALLEN  – Plaintiff

    Q.    HARVEY SHUMAN - Principal of several of the Plaintiff entities

    R.    JASON TEAL - Attorney for Defendants

    S.    TIFFANY TYRRELL  – Plaintiff

    T.    MICHAEL TOMKOVICH - Principal of several of the Plaintiff entities

    U.    WACKO'S TOO, INC., d/b/a "Wackos"  – Plaintiff

    V.    WHITES PLACE LLC, d/b/a "Gold Club Jacksonville"  – Plaintiff

    W.    GABY C. YOUNG – Attorney for Defendants

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    NONE

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    NONE.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

>NONE other than the Plaintiffs identified above.

5. Check one of the following:

____X____ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

*Respectfully submitted,*

BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.

/s/ Gary S. Edinger

| | |
|---|---|
| DANIEL R. AARONSON, Esquire | GARY S. EDINGER, Esquire |
| Florida Bar No.: 314579 | Florida Bar No. 0606812 |
| JAMES S. BENJAMIN, Esquire | 305 N.E. 1st Street |
| Florida Bar No.: 293245 | Gainesville, Florida 32601 |
| 1700 East Las Olas Blvd., Suite 202 | (352) 338-4440  (Fax) (352) 337-0696 |
| Ft. Lauderdale, Florida 33301 | GSEdinger12@gmail.com |
| (954) 779-1700 (Fax) (954) 779-1771 | |
| sexlaw@bellsouth.net | |
| danaaron@bellsouth.net | |

*Attorneys for Plaintiffs*

I HEREBY CERTIFY that a true and correct copy of the foregoing Certificate has been forwarded to JASON R. TEAL, Esquire [jteal@coj.net], CRAIG D. FEISER, Esquire [cfeiser@coj.net]; MARY MARGARET GIANNINI, Esquire [MGiannini@coj.net]; and to GABRIELLA YOUNG, Esquire [GCYoung@coj.net], 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, via the CM/ECF System this 10th day of August, 2022.

       /s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No. 0606812