UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WACKO'S TOO, INC., et al.,

       Plaintiffs,

v.                                                    CASE NO.: 3:22-cv-00798-TJC-MCR

CITY OF JACKSONVILLE, a
Florida municipal corporation,

       Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the Middle District of Florida, Counsel for Defendant, City of Jacksonville, hereby discloses the following:

(1)    each person - including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable related legal entity - that has or might have an interest in the outcome:

A.    Daniel R. Aaronson, Attorney for Plaintiffs

B.    Bare Assets, Inc., Plaintiff

C.    Benjamin, Aaronson, Edinger & Patanzo, P.A., Attorney Firm for Plaintiffs

D.      James S. Benjamin, Attorney for Plaintiffs

E.      City of Jacksonville, Defendant

F.      Neva Clinkscale, Plaintiff

G.      Gary S. Edinger, Attorney for Plaintiffs

H.      Emperors, Inc., Plaintiff

I.      Craig D. Feiser, Attorney for Defendant

J.      Mary Margaret Giannini, Attorney for Defendant

K.      Horton Enterprises, Inc., d/b/a "The New Solid Gold", Plaintiff

L.      Jacksonville City Council

M.      Chelsey Lamon, Plaintiff

N.      MHHS-Sinsations, LLC, d/b/a "Sinsations", Plaintiff

O.      MT Productions, Inc., d/b/a "Thee Officers Club", Plaintiff

P.      Patmilt, Inc., d/b/a "Passions", Plaintiff

Q.      Alexandra Pellitteri-Allen, Plaintiff

R.      Harvey Shuman, Principle of several Plaintiff entities

S.      Jason R. Teal, Attorney for Defendant

T.      Tiffany Tyrrell, Plaintiff

U.      Michael Tomkovich, Principal of several Plaintiff entities

V.      Wacko's Too, Inc., d/b/a "Wacko's", Plaintiff

W.      Whites Place LLC, d/b/a "Gold Club Jacksonville", Plaintiff

X.      Gaby Young, Attorney for Defendant

(2)     each entity with publicly traded shares or debt potentially affected

by the outcome:

      **N/A**

(3)     each additional entity likely to actively participate, including in a

bankruptcy proceeding the debtor and each member of the creditor's

committee:

      **N/A**

(4)     each person arguably eligible for restitution:

      **N/A**

## LOCAL RULE 3.03(B) CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential

conflict of interest affecting the district judge or the magistrate judge in this

action, and I will immediately notify the judge in writing within fourteen days

after I know of a conflict.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**

*/s/ Craig D. Feiser*
**JASON R. TEAL**
General Counsel
Florida Bar No. 157198
**CRAIG D. FEISER**
Assistant General Counsel
Florida Bar No. 164593
**GABY C. YOUNG**

3

Assistant General Counsel
Florida Bar No. 183709
**MARY MARGARET GIANNINI**
Assistant General Counsel
Florida Bar No. 1005572
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100 (Telephone)
(904) 255-5120 (Facsimile)
JTeal@coj.net; HDugan@coj.net
CFeiser@coj.net; BOsburn@coj.net
GCYoung@coj.net: HDugan@coj.net
MGiannini@coj.net; SStevison@coj.net
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court for uploading to the CM/ECF system which will send notice of electronic filing to all counsel of record who are participants in the Court's ECF filing system:

Gary S. Edinger, Esquire
Benjamin, Aaronson,
Edinger & Patanzo, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
GSEdinger@aol.com
*Counsel for Plaintiffs*

James Benjamin, Esq.
Benjamin, Aaronson,
Edinger & Patanzo, P.A.
1700 East Las Olas Blvd., Ste. 202
Ft. Lauderdale, Florida 33301
SexLaw@bellsouth.net
*Counsel for Plaintiffs*

*/s/ Craig D. Feiser*
*Counsel for Defendant*

4