UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WACKO'S TOO, INC., et al.,

    Plaintiffs,

v.   Case No. 3:22-cv-798-TJC-MCR

CITY OF JACKSONVILLE,

    Defendant.

## O R D E R

In anticipation of the hearing scheduled in this case on December 15, 2022, the Court is seeking clarification on one issue. The copy of Ordinance 2022-172-E attached to Plaintiffs' Complaint (Doc. 1-1) contains language that does not appear in Jacksonville's Code of Ordinances maintained online (Municode). Specifically, in the copy of Ordinance 2022-172-E, §§ 150.224(c) and 151.214(c) contain the language: "It is the Council's intent that no Work Identification Card shall be issued to any applicant who is under the age of twenty-one (21) years of age; however, this requirement shall not become effective unless and until the legality of this age restriction is determined to be valid or the City is otherwise not legally prevented from imposing this restriction." (Doc. 1-1 at 4, 11–12). But, these same provisions in the Municode database do not contain this language.

Accordingly, it is hereby

**ORDERED:**

1.  No later than **December 13, 2022**, the parties shall either separately or jointly file a statement explaining this discrepancy and identify whether this language is currently effective in the Jacksonville Code of Ordinances, §§ 150.224(c) and 151.214(c).

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of December, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record

2