UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WACKO'S TOO, INC., et al.,

    Plaintiffs,

v.                                                                                                       Case No. 3:20-cv-303-TJC-MCR

CITY OF JACKSONVILLE, et al.,

    Defendants.

---

WACKO'S TOO, INC., et al.,

    Plaintiffs,

v.                                                                                                       Case No. 3:22-cv-798-TJC-MCR

CITY OF JACKSONVILLE,

    Defendant.

---

## FINAL JUDGMENT AND PERMANENT INJUNCTION

For the reasons stated in the Court's Orders of March 1, 2021 (Doc. 39 in 3:20-cv-303) and February 27, 2023 (Docs. 96 in 3:20-cv-303, 32 in 3:22-cv-798):

1. In Case No. 3:20-cv-303 ("Wacko's I"), final judgment is hereby entered in favor of the Plaintiffs and against the Defendant City of Jacksonville on **Counts I**, **III**, and **XIII**, and in part as to **Counts II**, **VIII**, **IX**, **X**, and **XII** of the Complaint. (Doc. 1). Judgment is entered for the City in all other respects.

2. Sections 150.224 and 151.214 of Ordinance 2020-74-E of the Jacksonville Municipal Code are found to be facially unconstitutional. The City of Jacksonville will be permanently **ENJOINED** from enforcing §§ 150.224 and 151.214 of Ordinance 2020-74-E of the Jacksonville Municipal Code.[1]

3. Sections 150.212(b) and 151.208(e) of Ordinance 2020-74-E of the Jacksonville Municipal Code are facially invalid. The City of Jacksonville will be permanently **ENJOINED** from enforcing §§ 150.212(b) and 151.208(e) of Ordinance 2020-74-E of the Jacksonville Municipal Code.

4. Sections 150.606(e) and 150.606(f) of the Jacksonville Municipal Code are found to be facially unconstitutional in part. Sections 150.509, 150.510, 150.606(h), 150.609, 151.501(b)(2), and 151.506(c) of the Jacksonville Municipal Code also are facially unconstitutional. The City of Jacksonville will be permanently **ENJOINED** from enforcing §§ 150.509, 150.510, 150.606, 150.609, 151.501, and 151.506 of the Jacksonville Municipal Code.

5. In Case No. 3:22-cv-798 ("Wacko's II"), final judgment is hereby entered in favor of the Plaintiffs and against Defendant City of Jacksonville on **Count III** and in part as to **Counts I** and **IV** of the Complaint. (Doc. 1). Judgment is entered for the City in all other respects.

---

[1] The City previously amended sections of Ordinance 2020-74-E when enacting Ordinance 2022-172-E, but the Court includes its prior rulings enjoining the City from enforcing certain sections of Ordinance 2020-74-E for completeness.

6. Sections 150.224(c) and 151.214(c) of Ordinance 2022-172-E of the Jacksonville Municipal Code are facially unconstitutional. The City of Jacksonville will be permanently **ENJOINED** from enforcing §§ 150.224(c) and 151.214(c) of Ordinance 2022-172-E of the Jacksonville Municipal Code.

**DONE AND ORDERED** in Jacksonville, Florida the 27th day of February, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record

(with Civil Appeals Checklist)